**UNITED STATES DISTRICT COURT**
**Northern District of California**
1301 Clay Street
Oakland, California 94612
_____
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

February 29, 2008

CASE TITLE:     WILLIAMS CHANEY-v-M.C. KRAMER
RECEIVED FROM: U.S. District Court, Eastern District of California
(Case # 2:08-cv-00377-GEB-JFM)

CASE NUMBER:    CV 08-01230 CW

TO COUNSEL OF RECORD:

   The above entitled action has been transferred to this District.  All future filings should reflect case number CV-08-1230-CW.

Sincerely,

RICHARD W. WIEKING, Clerk

by:  Clara Pierce
Case Systems Administrator

o:\mrg\civil\transin.mrg