FILED

00 APR 18 PM 1: 18

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

WILLIAMS CHANEY )
                                          )
                        Plaintiff,        )    CASE NO. __C-08-1230-CW-(PR)__
                                          )
            vs.                           )    **PRISONER'S**
                                          )    **APPLICATION TO PROCEED**
M.C.KRAMER (Warden) et al.)                    **IN FORMA PAUPERIS**
                                          )
                        Defendant.        )
                                          )
———————————————————————

I, __Williams Chaney__ , declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed? Yes __X__ No __-__ **Prison Industry Job**

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __47 dollars a month__ Net: _____

Employer: __Folsom State Prison 300 Prison Road,Folsom,Ca.,__

__95763__

1  If the answer is "no," state the date of last employment and the amount of the gross and net

2  salary and wages per month which you received.   (If you are imprisoned, specify the last

3  place of employment prior to imprisonment.)

4  _____

5  _____

6  _____

7  2.      Have you received, within the past twelve (12) months, any money from any of the

8  following sources:

9       a.      Business, Profession or            Yes ____  No ⤬

10              self employment

11      b.      Income from stocks, bonds,          Yes ____  No ⤲

12              or royalties?

13      c.      Rent payments?                      Yes ____  No ⤲

14      d.      Pensions, annuities, or             Yes ____  No ⤬

15              life insurance payments?

16      e.      Federal or State welfare payments,  Yes ____  No ⤲

17              Social Security or other govern-

18              ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount

20  received from each.

21  _____

22  _____

23  3.      Are you married?                        Yes ____  No ⤲

24  Spouse's Full Name: ____ N A _____

25  Spouse's Place of Employment: _____

26  Spouse's Monthly Salary, Wages or Income:

27  Gross $____ 47 _____ Net $_____

28  4.      a.      List amount you contribute to your spouse's support:$ ____ 0 _____

b.   List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

N/A
_____

_____

5.   Do you own or are you buying a home?          Yes ____ No _X_

Estimated Market Value: $____Ø____ Amount of Mortgage: $____Ø____

6.   Do you own an automobile?          Yes ____ No ____

Make ____Ø____ Year __NA__ Model __NA__

Is it financed? Yes _____ No _____ If so, Total due: $____Ø____

Monthly Payment: $ ___Ø___

7.   Do you have a bank account? Yes ____ No _X_ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s):  $ ___N/A___

Do you own any cash? Yes ____ No _X_ Amount: $____Ø____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)   Yes ____ No _X_

_____

8.   What are your monthly expenses?

Rent: $____Ø____          Utilities: ____Ø____

Food: $____Ø____          Clothing: ____Ø____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $____Ø____ | $____Ø____ |
| _____ | $____Ø____ | $____Ø____ |
| _____ | $____Ø____ | $____Ø____ |

1    9.     Do you have any other debts?  (List current obligations, indicating amounts and to

2    whom they are payable.  Do not include account numbers.)

3    _____ N A _____

4    _____

5    10.    Does the complaint which you are seeking to file raise claims that have been presented

6    in other lawsuits?  Yes ____  No ✕

7    Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

8    which they were filed.

9    _____

10    _____

11         I consent to prison officials withdrawing from my trust account and paying to the court

12    the initial partial filing fee and all installment payments required by the court.

13         I declare under the penalty of perjury that the foregoing is true and correct and

14    understand that a false statement herein may result in the dismissal of my claims.

15

16    __3/22/2008____         _Williams Chaney_____

17         DATE                     SIGNATURE OF APPLICANT

18

19

20

21

22

23

24

25

26

27

28

1

2                                                      Case Number: _____

3

4

5

6

7

8                          **CERTIFICATE OF FUNDS**

9                                   **IN**

10                        **PRISONER'S ACCOUNT**

11

12        I certify that attached hereto is a true and correct copy of the prisoner's trust account

13  statement showing transactions of _William A. Chaney_ for the last six months
                                              [prisoner name]
14  _Folsom State Prison_____ where (s)he is confined.
           [name of institution]
15        I further certify that the average deposits each month to this prisoner's account for the

16  most recent 6-month period were $ _84.90_ and the average balance in the prisoner's

17  account each month for the most recent 6-month period was $ _1,638.70_ .

18

19  Dated: _3/24/08_            _Carren C. Davis_
20                               [Authorized officer of the institution]

21

22

23

24

25

26

27

28

1,603.20
95.55
50.00

4/9/08 → 1,748.75

REPORT ID: TS3030 .701

REPORT DATE: 03/24/08
PAGE NO: 1

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIFORNIA STATE PRISON FOLSOM
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: OCT. 01, 2007 THRU MAR. 24, 2008

ACCOUNT NUMBER : E82647
ACCOUNT NAME   : CHANEY, WILLIAM ALFRED
PRIVILEGE GROUP: A

BED/CELL NUMBER: B3SBT40000030U
ACCOUNT TYPE: I

## TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 10/01/2007 | | BEGINNING BALANCE | | | | | 1,500.00 |
| 10/03 | D550 | INMATE PAYROL | 7015891P09 | | 62.38 | | 1,562.38 |
| 10/15 | FR01 | CANTEEN RETUR | 701822 | | | 5.00- | 1,567.38 |
| 10/15 | FC01 | DRAW-FAC 1 | 701829 | | | 67.38 | 1,500.00 |
| 11/06 | D550 | INMATE PAYROL | 7022881P10 | | 67.20 | | 1,567.20 |
| 11/13 | FC01 | DRAW-FAC 1 | 702444 | | | 17.20 | 1,550.00 |
| 12/04 | D550 | INMATE PAYROL | 7027701P11 | | 64.80 | | 1,614.80 |
| 12/07 | W521 | FUND RAISER C | 702888PIZA | | | 27.00 | 1,587.80 |
| 12/10 | FC01 | DRAW-FAC 1 | 702931 | | | 107.80 | 1,480.00 |
| 12/21 | D300 | CASH DEPOSIT | MR4985 | | 50.00 | | 1,530.00 |
| ACTIVITY FOR 2008 | | | | | | | |
| 01/02 | D300 | CASH DEPOSIT | MR0040 | | 20.00 | | 1,550.00 |
| 01/04 | D550 | INMATE PAYROL | 7033211P12 | | 82.80 | | 1,632.80 |
| 01/07 | W536 | COPAY CHARGE | 703378 | | | 5.00 | 1,627.80 |
| 01/11 | D300 | CASH DEPOSIT | MR0099 | | 50.00 | | 1,677.80 |
| 01/14 | FR01 | CANTEEN RETUR | 703513 | | | 3.20- | 1,681.00 |
| 01/14 | FC01 | DRAW-FAC 1 | 703542 | | | 32.80 | 1,648.20 |
| 02/06 | D550 | INMATE PAYROL | 7040131P01 | | 74.40 | | 1,722.60 |
| 02/19 | FC01 | DRAW-FAC 1 | 704258 | | | 19.40 | 1,703.20 |
| 03/06 | D550 | INMATE PAYROL | 7045561P02 | | 37.80 | | 1,741.00 |
| 03/17 | FR01 | CANTEEN RETUR | 704808 | | | 19.40- | 1,760.40 |
| 03/17 | FC01 | DRAW-FAC 1 | 704791 | | | 157.20 | 1,603.20 |

## TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 1,500.00 | 509.38 | 406.18 | 1,603.20 | 0.00 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---|
| 1,603.20 |

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 3/24/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE



# **PROOF OF SERVICE BY MAIL**

I,   WILLIAMS CHANEY   , AM A RESIDENT OF FOLSOM STATE PRISON IN THE COUNTY OF SACRAMENTO, STATE OF CALIFORNIA.  I AM OVER THE AGE OF 18 YEARS, AND I AM /AM NOT A  PARTY TO THIS ACTION.

MY PRISON NUMBER IS: _____

MY PRISON ADDRESS IS; **P.O. BOX 950, Folsom, Ca. 95763**

ON   3/22/2008   , 2007, I SERVED A COPY OF THE FOLLOWING DOCUMENT:

FEES WAIVER APPLICATION

ON THE FOLLOWING PARTIES BY PLACING THE DOCUMENTS IN A SEALED ENVELOPE WITH POSTAGE FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT FOLSOM STATE PRISON (MAILBOX RULE), FOLSOM, CALIFORNIA, ADDRESSED AS FOLLOWS:

U NITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFONIA

450 Mc Allister street,San Francisco,California

THERE IS DELIVERY SERVICE BY THE UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND/OR THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED.

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED   3/22/2008   , 2007, AT FOLSOM, CALIFORNIA..

_____

&lt;signature here &gt;

Folsom State Prison
P.O. Box 715071
Represa, CA 95671

NAME: Johnny Ramos

CDCR#: D-74605  Bldg/Bed: 83 - A - 22

STATE PRISON
GENERATED MAIL

SP41-0077

ADDRESS TO:

P.O. BOX 715071 Letter, Photos, Support
P.O. BOX 1790 Money Orders only.
P.O. BOX 950 Legal Mail only.

PRISON GENERATED MAIL
FOLSOM STATE PRISON
PO BOX 715071
REPRESA CA 95671

UNITED STATES POSTAGE
$ 00.58°
PITNEY BOWES
02  1M
0004219402  APR 17 2008
MAILED FROM ZIP CODE 95672

United States District Court
Northern District Court of California
450 Golden Gate Avenue
San Francisco, Ca., 94102-3484

Legal Mail

9410239651 0004