IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAMS CHANEY, | No. C 08-01230 CW (PR) |
|     Petitioner, | ORDER DENYING IN FORMA PAUPERIS APPLICATION AND DIRECTING PETITIONER TO PAY FILING FEE WITHIN THIRTY DAYS |
|   v. | |
| M. C. KRAMER, et al., | |
|     Respondents.        / | |

Petitioner, a state prisoner, has filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 and an application for in forma pauperis (IFP) status.

Ordinarily, a petitioner is permitted to file a civil action in federal court without prepayment of fees or security if he makes affidavit that he is unable to pay such fees or give security therefor. See 28 U.S.C. § 1915(a). The filing fee for a petition for a writ of habeas corpus is $5.00. See 28 U.S.C. § 1914(a). In support of his application to proceed IFP, Petitioner has submitted information from his prison trust account which shows that over the preceding six-month period the average deposits each month to his account were $84.90 and the average monthly balance in his account was $1,639.70. Based on this information, the Court concludes that

Petitioner is able to pay the $5.00 filing fee.  Accordingly, leave to proceed IFP is DENIED.

Petitioner shall arrange for the prison trust account office or a friend or family member to pay the fee in this matter.  The fee shall be paid within <u>thirty (30) days</u> of the date of this Order or the petition will be dismissed.

IT IS SO ORDERED.

Dated:   5/16/08

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

WILLIAMS CHANEY,

        Plaintiff,

v.

M.C. KRAMER et al,

        Defendant.

Case Number: CV08-01230 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 16, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Williams Chaney E-32647
Folsom State Prison
300 Prison Road
Folsom, CA 95763

Dated: May 16, 2008

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk

3