IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAMS CHANEY,<br><br>    Petitioner,<br><br>  v.<br><br>M. C. KRAMER, et al.,<br><br>    Respondents.<br>_____/ | No. C 08-01230 CW (PR)<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

    Petitioner, a state prisoner, filed the present petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  He also filed an in forma pauperis application.

    On May 16, 2008, the Court denied Petitioner's in forma pauperis application and directed him to pay the $5.00 filing fee within thirty days or his action would be dismissed.  More than thirty days have passed and Petitioner has not paid the filing fee or otherwise communicated with the Court.

    Accordingly, this action is DISMISSED WITHOUT PREJUDICE.  The Clerk of the Court shall close the file.

    IT IS SO ORDERED.

Dated: 7/22/08

                                                  CLAUDIA WILKEN<br>                                                UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

WILLIAMS CHANEY,

        Plaintiff,

v.

M.C. KRAMER et al,

        Defendant.

Case Number: CV08-01230 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 22, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Williams Chaney E-32647
Folsom State Prison
300 Prison Road
Folsom, CA 95763

Dated: July 22, 2008

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk