WILLIAMS CHANEY
FOLSOM STATE PRISON
P.O. BOX 950)(B3/B5/30)
FOLSOM CA., 95763

**FILED**
JUL 2 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

FOR Northern DISTRICT OF CALIFORNIA

WILLIAMS CHANEY,
       Petitioner,

v.

M.C.KRAMER (WARDEN),
       Respondent.   /

Case no. C-08-01230-(PR) -CW

FIVE DOLLARS NOTICE OF
PAYMENT



    The petitioner Williams Chaney move upon the United States District Court for the Northern District of the State of California given notice OF THE COMPLIANCE WITH THE JUDICIAL ORDER IN EXHIBIT B),by requesting an five dollars filing fees payment to be process through the Folsom State Prison trust account and transfer to the said court on 7/17/2008.(see exhibit A).
  Date July 23,2008(2008)

                                              William Chaney

# EXHIBIT - A

```
Court Name: U.S. District Court, NDCA
Division: 4
Receipt Number: 44611002419
Cashier ID: lenahac
Transaction Date: 07/17/2008
Payer Name: State of California

WRIT OF HABEAS CORPUS
  For: Williams Chaney
  Case/Party: D-CAN-4-08-CV-001230-001
  Amount:         $5.00
------------------------------------
CHECK
  Check/Money Order Num: 229-954953
  Amt Tendered:  $5.00
------------------------------------
Total Due:       $5.00
Total Tendered:  $5.00
Change Amt:      $0.00

CW


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

# EXHIBIT - B



IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAMS CHANEY,<br><br>    Petitioner,<br><br>    v.<br><br>M. C. KRAMER, et al.,<br><br>    Respondents.<br>_____/ | No. C 08-01230 CW (PR)<br><br>ORDER DENYING IN FORMA PAUPERIS APPLICATION AND DIRECTING PETITIONER TO PAY FILING FEE WITHIN THIRTY DAYS |

    Petitioner, a state prisoner, has filed a <u>pro se</u> petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 and an application for <u>in forma pauperis</u> (IFP) status.

    Ordinarily, a petitioner is permitted to file a civil action in federal court without prepayment of fees or security if he makes affidavit that he is unable to pay such fees or give security therefor. <u>See</u> 28 U.S.C. § 1915(a). The filing fee for a petition for a writ of habeas corpus is $5.00. <u>See</u> 28 U.S.C. § 1914(a). In support of his application to proceed IFP, Petitioner has submitted information from his prison trust account which shows that over the preceding six-month period the average deposits each month to his account were $84.90 and the average monthly balance in his account was $1,639.70. Based on this information, the Court concludes that

WILLIAMS CHANEY
FOLSOM STATE PRISON
P.O. BOX 950)(B3/B5/30)
FOLSOM CA., 95763

UNITED STATES DISTRICT COURT

FOR EASTERN DISTRICT OF CALIFORNIA

WILLIAMS CHANEY, C-08-01230-(PR)
        Petitioner,      Case no.

v.                    PROOF OF SERVICE BY MAIL

M.C.KRAMER (WARDEN),
        Respondent.  /

    I am a citizen of the United States and a resident in the state of California. I'm currently incarcerated in a California State Prison. I'm over the age of 18 years, and a party to the within action.

    I served the following document to each of the persons named below at the address shown by placing a true copy in a sealed envelope with postage fully prepaid, in the U.S. Mail at the Institutional mailroom.

DOCUMENT:
FIVE DOLLAR NOTICE OF PAYMENT/exhibit A)

PARTIES SERVED:

UNITED STATES DISTRICT COURT FOR THE Northern DISTRICT OF CALIFORNIA 1301 CLAY ST, SUITE 400S)(OAKLAND CA., 94612-5212

ATTORNEY GENERAL JERRY BROWN) 1300 I STREET SUITE 125, SACRAMENTO, CA. ,95814

    I declare under penalty of perjury the above statements are true and correct. This document executed on the 23 day of July,2008.

By: WILLIAMS CHANEY
        (print your name)
                    SIGNED: _Williams Chaney_

Folsom State Prison
P.O. Box 715071
Represa, CA 95671

NAME: Johnny Ramey
CDCR#: D-40605  Bdg/Bed 133-A1-22up

**STATE PRISON GENERATED MAIL**

ADDRESS TO:
P.O. BOX 715071 Letter, Photos
P.O. BOX 1790 Money Orders only
P.O. BOX 950 Legal Mail only.

FOLSOM STATE PRISON
PO BOX 715071
REPRESA CA 95671

$00.93 JUL 24 2008
MAILED FROM ZIP CODE 95672

United States District Court
Northern District of California
1301 Clay St, Suite 400S
Oakland, Ca 94612-5212

Legal Mail

FSP41-0077

