IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAMS CHANEY,

    Petitioner,

  v.

M. C. KRAMER, et al.,

    Respondents.
                           /

No. C 08-01230 CW (PR)

ORDER VACATING DISMISSAL OF PETITIONER'S HABEAS ACTION

    Petitioner, a state prisoner, filed this pro se habeas corpus action.

    In an Order dated July 22, 2008, the Court dismissed Petitioner's habeas action for failure to pay the filing fee.

    On July 25, 2008, Petitioner filed a notice that he paid the $5.00 filing fee on July 17, 2008.  He also attached a copy of his receipt showing that he paid the $5.00 filing fee on that date.

    The record shows that Petitioner paid the filing fee on July 17, 2008.  In view of this, it is clear that Petitioner's habeas action was dismissed erroneously.  Therefore, the Court's July 22, 2008 Order of Dismissal Without Prejudice is VACATED.  The Clerk of the Court shall REOPEN this action.

    IT IS SO ORDERED.

Dated: 6/30/09

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

WILLIAMS CHANEY,

    Plaintiff,

v.

M.C. KRAMER et al,

    Defendant.

Case Number: CV08-01230 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 30, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Williams Chaney E-32647
Folsom State Prison
300 Prison Road
Folsom, CA 95763

Dated: June 30, 2009

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

2