UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| WILLIAMS CHANEY,<br><br>        Plaintiff,<br><br>  v.<br><br>M.C. KRAMER et al,<br><br>        Defendant. | Case Number: CV08-01230 CW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 28, 2010, I SERVED a true and correct copy(ies) of the Order Granting Motion to Dismiss, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Williams Chaney E-32647
Folsom State Prison
300 Prison Road
Folsom, CA 95763

Dated: July 28, 2010

                                        Richard W. Wieking, Clerk
                                        By: Ronnie Hersler, Adm Law Clerk